# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2997
Lower Tribunal No. 2020-CV-26-A-O

_____

SHELLEY'S SEPTIC TANK, INC.

Petitioner,

v.

ORANGE COUNTY,

Respondent.

_____

Petition for Writ of Certiorari to the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

October 25, 2024

PER CURIAM.

Shelley's Septic Tank, Inc. ("Petitioner") seeks a writ of certiorari quashing the circuit court's affirmance of the Special Magistrate's "Findings of Fact, Conclusions of Law and Order" regarding violations of the Orange County Code. Petitioner contends that a writ should be issued because the circuit court failed to observe the essential requirements of the law when it affirmed the Special Magistrate's order. Finding no error in the circuit court's determination that it lacked jurisdiction, we deny the petition. *Cf. Nelson v. McNeill*, 48 Fla. L. Weekly D941

(Fla. 6th DCA May 5, 2023) ("Because judicial labor remains to determine the amount of the monetary sanction against Nelson, we dismiss that portion of the appeal. *See* Fla. R. App. P. 9.170(b) (limiting appeals to orders that finally determine a right or obligation of an interested person as defined in the Florida Probate Code.")).

PETITION DENIED.

NARDELLA, WOZNIAK and MIZE, JJ., concur.

Rebecca E. Rhoden, Jonathan P. Huels, and Krista M. Runte, of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Orlando, for Petitioner.

Jeffrey J. Newton, County Attorney, and Georgiana Holmes, Deputy County Attorney, and James Harwood, Assistant County Attorney, of the Orange County Attorney's Office, Orlando, for Respondent.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED